JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

UNITED AFRICAN-ASIAN ABILITIES CLUB, et al.,

     Plaintiffs,

   v.

AJR INVESTMENT GROUP, LLC,

     Defendant.

)
)
)
)
)
)
)
)
)
)
)
)

Case No. CV 24-3084 FMO (SKx)

**JUDGMENT**

  IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice.

Dated this 22nd day of July, 2024.

            /s/
           Fernando M. Olguin
          United States District Judge